**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANNICE PRYOR,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 18-921 (JDB)(GMH)** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

## ORDER

Upon consideration of [11] the thorough Report and Recommendation from Magistrate Judge G. Michael Harvey dated September 18, 2018, the absence of any objections thereto, and the entire record herein, it is hereby

**ORDERED** that the Report and Recommendation dated September 18, 2018, is adopted in full; it is further

**ORDERED** that [8] plaintiff's motion for attorney's fees is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiff be awarded a total of $60,261.73 in fees and costs; and it is further

**ORDERED** that judgment be entered accordingly.

**SO ORDERED**.


_____
/s/
JOHN D. BATES
United States District Judge

Dated: October 3, 2018